UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PERRY JACKSON (#106488)

VERSUS

PREETY SINGH

CIVIL ACTION

NO. 16-602-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 18, 2016 (doc. no. 6). The plaintiff filed an objection and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the plaintiff is denied pauper status.  Further, the plaintiff is granted twenty-one (21) days within which to pay $400.00, the full amount of the Court's filing fee, and that failure to pay the Court's filing fee within 21 days shall result in the dismissal of the plaintiff's action without further notice from the court.

Baton Rouge, Louisiana, this 10th day of November, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA